IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18CR 46 |
| | § | (Judge JRG-KNM ) |
| SHELLY K. HUNTER | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. § 2314
(Interstate Transport of Stolen Funds)

On or about August 19, 2016, in the Eastern District of Texas, the defendant, **Shelly K. Hunter**, did cause to be transported, transmitted, and transferred in interstate commerce from the State of Texas to the State of Illinois, money and funds of a value of $5,000 or more, knowing such money and funds to have been stolen from Peltier Chevrolet, Inc., by converting said money and funds into an electronic funds transfer from Tyler, Texas, through Southside Bank, to J.P. Morgan Chase Bank, N.A. in Palatine, Illinois, in the amount of $10,506.90 for the payment of goods and services for the benefit of defendant.

In violation of 18 U.S.C. § 2314.

7/02/18
Date

JOSEPH D. BROWN
UNITED STATES ATTORNEY

L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax

Information – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 6:18CR____ (Judge _____) |
| SHELLY K. HUNTER | | |

**NOTICE OF PENALTY**

**Count One**

VIOLATION:      18 U.S.C. § 2314

PENALTY:        Imprisonment for not more than 10 years; a fine of not more than $250,000; and a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:     $100.00