**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:18-CR-00046** |
| | § | |
| **SHELLY K. HUNTER** | § | |

## UNITED STATES OF AMERICA'S NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America hereby designates the following Assistant United States Attorney as co-counsel in this case, and respectfully request that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

> Robert Austin Wells
> Texas State Bar No. 24033327
> Assistant United States Attorney
> 110 N. College, Suite 700
> Tyler, TX 75702
> (903) 590-1400
> Fax: (903) 590-1436
> Email: robert.wells3@usdoj.gov

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
robert.wells3@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing pleading was electronically served on all counsel of record by way of the Court's CM/ECF system on the 16th day of July, 2018.

*/s/ Robert Austin Wells*
Robert Austin Wells
Assistant United States Attorney