IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:18-CR-46 (Judge JRG-KNM) |
| SHELLY K. HUNTER | § | |

**ELEMENTS OF OFFENSE**

The defendant is charged in Count One of the information with interstate transportation of stolen funds, in violation of 18 U.S.C. § 2314. The essential elements which must be proven to establish this violation are:

1. The defendant transported or caused to be transported in interstate commerce, money and funds, as described in the information, from Texas to Illinois;

2. At the time of such transportation, the defendant knew that the property was stolen, converted, or taken by fraud; and

3. The money and funds had a value of $5,000 or more.

The word "stolen" includes all wrongful and dishonest takings of property with the intent to deprive the owner of rights and benefits of ownership temporarily or permanently. The phrase "taken by fraud" means to deceive or cheat someone out of property by means of false or fraudulent pretenses, representations, or promises.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:18-CR-46 (Judge JRG-KNM) |
| SHELLY K. HUNTER | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF system on this the 16th day of July, 2018.

/s/ L. Frank Coan, Jr.
L. Frank Coan, Jr.

3